[No. 6,465.—Department No. 1.]
LINNELL v. FRAZER.

The COURT:

Upon the authority of *Bocdefield* v. *Read*, No. 6,480, the judgment is reversed, and cause remanded.

---

[No. 6,806.—Department No. 1.]
GREEN v. CAMPBELL.

The COURT:

Upon the authority of *Hayes* v. *Campbell*, 55 Cal. 000, judgment reversed, and cause remanded to the Superior Court of Sacramento County for a new trial.